**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREE COUTEE,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JAMES WALKER, WARDEN,<br><br>　　　　Respondent. | CASE NO. ED CV 08-00692 CAS (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 1/7/10

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE