**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYREE COUTEE, | ) | CASE NO. ED CV 08-00692 CAS (RZ) |
| Petitioner, | ) ) ) | JUDGMENT |
| vs. | ) ) | |
| JAMES WALKER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of TYREE COUTEE, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that (a) the Petition for Writ of Habeas Corpus is granted solely as to Claim 2 and denied otherwise; (b) this matter is remanded to the state trial court for the resentencing of Petitioner in a manner consistent with the Report And Recommendation; and (3) Petitioner shall be released from custody to the extent that he is confined solely on the basis of the gang enhancement conviction targeted in Claim 2, *if and only if*, within 120 days of the conclusion of this case, including appeal,

///

///

///

the State does not resentence Petitioner in a manner consistent with the Report And Recommendation.

DATED: 1/7/10

                                              /s/ Christina A. Snyder
                                  CHRISTINA A. SNYDER
                                  UNITED STATES DISTRICT JUDGE