UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREE COUTEE, | CASE NO. ED CV 08-00692 CAS (RZ) |
| Petitioner, | |
| vs. | POST-REMAND JUDGMENT |
| JAMES WALKER, WARDEN, | |
| Respondent. | |

On November 17, 2011, the Court of Appeals (1) reversed this Court's January 2010 Judgment granting habeas relief as to Petitioner's claim that insufficient evidence supported the true finding on a gang enhancement, and (2) remanded to this Court. The Ninth Circuit foreclosed habeas relief, explaining, "the determination by the California Court of Appeal that there was sufficient evidence . . . was not an objectively unreasonable application of . . . *Jackson v. Virginia*, 443 U.S. 307 (1979)." The appellate court's mandate was issued on February 14, 2012. Accordingly,

IT IS ORDERED AND ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: March 5, 2012

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE